United States District Court the
EASTERN DISTRICT of Pennsylvania.

Joshua TAYLOR JOHNSON

V

Joseph TERRA Superintendent

Complaint

Co2 Bungert, Co1 Culloway

Civil Action No.

Co1 Bruce, P.S.S Kyle Landiak

LPn Aliyya holloway, Rn Josefina Vega

Nurse Ruqiyya Greer, Dr Anthony Letizio

R Vivian Crossman Co2 Justin Terra

Co1 Cross, P.S.S Briana Woodard

Co3 Stephens, Co1 Stume

Rn Ann Lewis, Co1 Watson

Nurse Stacey Reynolds

Col Hill Co.S Cerda Reyes

P.S.S Christine Stickney

Dr Akilah Lamar, Counselor Jessica Murphy.

Unit Manager Patrick Fedder  Cu3 Rivera

EACh Person is sued Individually and In Full Capacity,

1. Jurisdiction & venue (0)



(1) This is a civil action Authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of State Law, of Rights Secured By the Constitution of the United States. The Court has Jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff Seeks declatory relief Pursuant to 28 U.S.C Section 2201 and 2002. Plaintiff's Claims for Injunctive relief are Authorized By 28 U.S.C Section 2283 and Rule 65 of the Federal Rules of Civil Procedures.

(2) The EASTERN DISTRICT of Pennsylvania is an Appropriate Venue under 28 U.S.C Section 1391 Because it is where the Events giving Rise to the Claims occurred.

II. Plaintiffs

(3) Plaintiff Joshua Taller Johnson, is and was At All times mentioned Herein A Prisoner of the State of Pennsylvania in the custody of the Pennsylvania Department of Corrections. He is currently Confined SCi Forest Marienville Pa.

III. Defendants

(4) Defendant Joseph Terra is the warden of SCi Phoenix He is Legally responsible for the operation of the State Correctional institution Phoenix and the welfare of All the Inmates of that prison

(5) Defendant Co2 Bangert IS A correctional officer of the Pennsylvania Department of corrections who At All times Mentioned In this Complaint Held the Rank off Sgt And was Assigned To SCI Phoenix.

(6) Defendant Co1 Calloway IS a correctional officer of the Pennsylvania Department of corrections who At All times Mentioned in this Complaint held the Rank of A Co1 And was Assigned to SCI Phoenix.

(7) Defendant P.S.S Landiak IS A Phsycologist of the Pennsylvania Department of corrections, who At All times mentioned in this Complaint held the Rank of A Phsycologist. and was Assigned to SCI Phoenix.

8 Defendant Aliyya holloway IS A LPN of the Pennsylvania Department of corrections who IS Employeed By well Path who At All times ~~held the Rank~~ Mentioned IN this complaint held the Rank of AN LPN And was Assigned to SCI Phoenix.

(9) Defendant Josefina vega I A Nurse of the Pennsylvania Department off corrections who IS Employeed By wellPath who At All times ~~Mentioned~~ in this complaint held the Rank of a Nurse and was Assigned to SCI Phoenix.

(10) Defendant Ruqiyya Greer is A nurse of the Pennsylvania Department of Corrections who is employeed thru well Path who At All times mentioned in this Complaint Held the Rank of A nurse And was Assigned to SCI Phoenix.

(11) Defendant Stacey Reynolds is A nurse Employeed thru well path for the Pennsylvania department of Corrections who At All times mentioned in this Complaint held the Rank of a LPN And was Assigned to SCI Phoenix.

(12) Defendant Vivian Crossman is A Registered nurse of the Pennsylvania Department of Corrections who is employeed thru well Path who At All times mentioned in this Complaint held the Rank of A RN and was Assigned to SCI Phoenix.

(13) Defendant Anthony Latizioo is A Doctor of the Pennsylvania Department of Corrections who is employeed thru well Path who At All times mentioned in this Complaint held the Rank of A Doctor And was Assigned to SCI Phoenix.

(14) Defendant Justin terra is a correction officer of the Pennsylvania Department of Corrections who At All times Mention in this Complaint held the Rank of A Sgt/Cu2 And was Assigned to SCI Phoenix. (15) Defendan LT Rivera is A of correction officer of the Pennsylvania Department of Corrections who At All Times Mentioned in this Complaint held the Rank of A Cu2. AN WAS Assinge At SCI Phoenix.

(15) Defendant Co1 Cross Is A correctional officer of the Pennsylvania Department of Corrections who At All times Mentioned In This complaint held the Rank of A Co1 And was Assigned To SCI Phoenix.

(16) Defendant Briana Woodard Is A ~~Doctor~~ Psychologist [P.S.S] of the ~~Department~~ Pennsylvania Department of Corrections who At All times mentioned In this complaint held the Rank of A P-S-S and was Assigned To Alpha Black At SCI Phoenix

(17) Defendant Stephens Is A correctional officer of the Pennsylvania Department of Corrections who At All times mentioned In this complaint held the Rank of A Co3/LT And was Assigned to Alpha Block At SCI Phoenix.

(18) Co1 Stone Is A correctional officer of the Pennsylvania Department of Corrections who At All times mentioned In this complaint held the Rank of A Co1 And was Assigned To Alpha Block At SCI Phoenix.

(19) Defendant Ann Lewis Is A Nurse who Is Employed thru avail path for the Pennsylvania Department of Corrections who At All times mentioned In this complaint held the Rank of A Registered Nurse And was Assigned to SCI Phoenix.

(20) Defendant Co1 Hill is a correctional officer of the Pennsylvania Department of Corrections who at all times mentioned in this Complaint held the Rank of a Co1 and was assigned to Alpha Block at Sci Phoenix.

(21) Defendant Co1 Watson is a correctional officer of the Pennsylvania Department of Corrections who at all times mentioned in this Complaint held the Rank of Co1 and was assigned to Sci Phoenix.

(22) Defendant Col Cerda Reyes is a correctional officer of the Pennsylvania Department of Corrections who at all times mentioned in this complaint held the Rank of a Col and was assigned to Alpha Block at Sci Phoenix.

(23) Defendant Co1 Bruce is a correctional officer of the Pennsylvania Department of Corrections who at all times mentioned in this complaint Held the Rank of a Co1 & was assigned to Alpha Block at Sci Phoenix.

(24) Defendant Christine Stickney is a (P.S.S) Psychologist of the Pennsylvania Department of Corrections who at all times mentioned in this complaint held the Rank of P.S.S. and was assigned to Alpha Block at Sci Phoenix.

(25) Defendant Akilah Lamar is A Psycology Doctor of the Pennsylvania Department of Corrections who At All times Mentioned In this Complaint held the rank of A Pscology Doctor And was Assigned To SCi Phoenix

(26) Defendant Jessica Murphy is A unit Manager At the Pennsylvania Department of Corrections who At All times Mentioned In this Complaint held the title of A Counselor And was Assigned to SCi Phoenix.

(27) Defendant Patrick Fedder is A unit Manager of the Pennsylvania Department of Corrections who At All times Mentioned In this Complaint held the title of unit manager And was Assigned to Alpha Bisec At SCi Phoenix.

(28) EAch Defendant is sued Individually and in his and/or her official Capacity. At All times Mentioned In this complaint EAch Defendant Acted under Color of State Law.

(29) Imminent DAnger. Deliberate Indifference.

(30) I v. Facts.

(31) On 3-30-2024 At Approximantly 1040 Am In Mule Johnsin In An Attempt to ~~take his life~~ Commit suicide Swallowed A Razor Blade and numerous Staples In front of P.S.3 Landiak Inmate Johnsin told P.SS Landiak

that he was having suicidal thoughts P.S.3 Landiak notified Co2
Bangert and Co1 Calloway that he witnessed Inmate Johnson
Swallow A Razor and staples then P.33 Landiak Left the Buck
without helping Inmate Johnson

(32) At 10:50 Am Inmate Johnson notified Co2 Bangert that he
needs help Co2 Bangert told Inmate Johnson to Swallow more.

(33) At 11:05 Am Co1 John Doe Came over Inmate Johnson Intercom's
And stated You Can DIe and You will Be with Jesus and
I will Laugh At your funeral.

(34) At 11:17 am Nurse Came onto unit on Delta Pod and Inmate
Johnson notified him that he Swallowed A Razor And Staples
He Ignored Inmate Johnson.

(35) At 11:28 Am Co1 John Doe Came over Inmate Johnson Intercom
Again and stated Now you need our help After you Been A
Dickhead and Filed grievances,

(36) At 11:32 Am Inmate Johnson notified Co1 Calloway Again that
he needed Medical Attention He was feeling suicidal and Swallowed
A Razor and staples In an Attempt to take his Life Co1 Calloway
again neglected to get Inmate Johnson Medical Attention.

(37) Co1 Shepard has known of Inmates suicidal ideations for weeks and

Failed to get Inmate Johnson help.

(38) on 3-30-2024 on 2-10 shift At the start of the shift Inmate Johnson notified Co1 Cross At AID 2012 cell that he needed Medical Attention that he swallowed a Razor and staples Co1 cross failed to help and failed to Report this to his superiors.

(39) During Evening Insulin inmate Johnson notified nurs Aliyya Holloway that he had swallowed A razor and staples she failed to Report provide Inmate Johnson with medical treatment.

(40) Inmate Johnson notified Co2 terra that he had swallowed A razor and staples and he was in sever pain Co2 terra told Inmate Johnson to Lay down It will pass thru in 72 Hours.

(41) During Evening Medication Inmate Johnson then Informed nurse Aliyya holloway again that he needed medical Attention treatment because his Body is in Pain from when he swallowed the Razor and Staples. nurse Aliyya Holloway told Inmate Johnson To File A Sick call. After Medication she then left the unit failing to provide Inmate Johnson with proper Medical treatment.

(42) At 9:40 PM Inmate Johnson pressed his Intercome Button And notified the Bubble that he had swallowed A Razor and Staples on 6-2 Shift and that he was light headed and that his Bod was In Pain. Co1 Jenkins stated that she would Let Sgf Co2 terra Know.

(43) At 951 pm During the last tour Co1 cross found inmate Johnson unresponsive on the floor and asked to help inmate Johnson and failed to report this to his supervisors.

(44) On co-6 shift During the first tour of the night co1 unknown found inmate Johnson on the floor unresponsive and began to kick inmate Johnson cell Door A/D 2012 for several minutes with out getting a response.

(45) Co1 unknown notified the Bubble who then notified LT Puteski once LT Putoski arrived He was Able to get A response out of Inmate After A few moments of Banging on the Door

(46) Inmate Johnson noRFied LT Putoski of what had huppened EARlier And Inmate Johnson informed LT Putoski that He Became Dizzy and light headed and passed out.

(47) Inmate Johnson was taken to the Body scanner on the west side At visit strip where LT Putoski identified foreign objects inside of inmate Johnson.

(48) Inmate Johnson was taken to the EAST TRIAGE in medical And seen By nurse gary who took inmate Johnson vitals and Notified Doctor Latzico who informed nurse gary to Place Inmate Johnson under medical observation in the Puc.

(49) Inmate Johnson Informed Nurse gary that he was suicidal After Doing So inmate Johnson was Placed in Poc cell 22 with his Clothes Inmate Johnson was not Placed on Suicide watch or A Constant watch After Attempting to take his Life and After Sharing his Suicidal Ideations.

(50) Nurse Stacey came to Inmate Johnson Poc cell 22 and Inmate Johnson Informed her that he was in Pain that he had Swallowed A Razor and Staples. Nurse Stacey Told Inmate Johnson we chilling tonight whenever you have to do Please do It on 6-2 Shift when I'm not here ~~beca~~ because I'm About to take A Nap.

(51) A Short Time later R/N Josefina Vega Made her Rounds In the Poc Inmate Johnson Informed her that he was In Pain from Swallowing the Razor and Staples Inmate Johnson Asked Nurse Vega for Some Medication for the Pain and some proffessional medical Attention. She then Left then came Back and Informed Inmate Johnson that he cannot recieve no Medication because he Recieved Mutrin During Evening Med Pass and Doctor Latizio Said not to send me to A hospital I Should not have Swallowed the Razor and Staples.

(52) on 3-31-2024 Inmate Johnson Informed Nurse Rugayya Greer that He was In Pain Can he Please help Mrs Rugyya Greer then Bring Inmate Johnson Some mutrin on am med Pass in the Pod Area

(53) On 2-10 Shift Inmate Johnson Again Notified Nurse Ruqayya Green that he is in Pain and the Motrin isnt working and that there is Blood in his bowel Movements. Inmate Johnson was giving A cup of Marlox by Nurse Jennifer Frusco Inmate Johnson notified her that it feels As if His In sides Are Being cut She told Inmate Johnson thats cohat hoppens cohen you swallow things,

(54) On 4-1-2024 At Approx 8:30 Am-9:00 Am Inmate Johnson was giving an X ray By Doctor Lutizio and Xray specialist Brian coho stated that they do Not see anything inside of inmate Johnson and He was pulled Back inside of Pod cell 22.

(55) During 2-10 Shift Inmate Johnson Informed Nurse Rose During her Rounds that he had swollowed A Razor and staples on 3-30-24 And that he is in Pain IN his Lower stomache, Nurse Rose falue to Provide Medical Attention

(56) On 4-1-2024 At Approx 6:00 Pm Inmate Johnson was Discharged off of Medical observation And Escorted Back to the RHU and Placed Back inside of AID 2012 cell.

(57) Inmate Johnson Notified his Pod officer that he is Still In Pain and it feels Like Something is still inside of him Inmate Johnson Requested to Be taken to the Budy Scanner then to medical.

(58) When Inmate Johnson Arrived At EAst triage Nurse Vivian Crossman
and ~~Vivian Nurse DAvina Cuteman~~ Nurse DAvina Culeman was Present Inmate Johnson Informed Nurse
Vivian Crossman that he had Ingested A RAZor and staPus At APProx 1044 Am on
The Morning of 3-30-24 and that his Body Is In Pain and feels worst
than It Did EArlier that day and he had Blood In his Bowel Movements
Nurse Vivian Crossman told Inmate Johnson thats cshat haPPens
when you swallow things Its tearing Your Insides uP Just give
It time to Pass.

(59) Inmate Johnson Asked Nurse Vivian for something to help his Bowels
She Asked Inmate Johnson If he wanted some Marlox Inmate Johnson
Stated Yes. After Nurse Vivian Looked thru the med cart She Stated I
don't have anymore maarlox She then Pulled out A Blue Bottle that was
In A Liquid Form Inmate Johnson Asked Nurse Vivian Mrs what
Is that Int cant Be Maarlox Because the maarlox I got Yesterday
was Different can I See cshat that Is Please She Stated
No Do You want It or Not.

(60) Inmate Johnson spoke to Nurse DAvina Culeman and told her
I Dont Know cshat that Is I Dont want to take something when I
cant see cshat It Is cshus Your oPiun.

(61) Nurse DAvina culeman resPonded By saying I understand Yes It Is
Maarlox Mr Johnson Its Just A Different Form Made By a different comPany.

(62) Inmate Johnson turned to Nurse vivian crossman and Asked her for the Medication. Nurse Vivian Crossman Stated I thred it Away Because you refused it So No.

(63) LT Potoski Asked Nurse vivian Crossman to give Inmate Johnson the Medication. He Just wanted to Be Sure he was Actually getting Maar/ux

(64) Nurse Vivian Crossman told LT Potoski No. LT Potoski Again Asked Nurse Vivian Crossman two Additional times to give Inmate Johnson The Medication. She then Again stated No.

(65) Nurse Davina Coppiane Asked Nurse vivian Crossman to give Inmate Johnson the Medication where she Again stated No go Back to your cell.

(66) On April 2nd 2024 At the Approx time of 8:19 am Inmate Johnson Spoke to P.S.S Briana woodard. at A/D 2nd cell and Asked her to Speak to her on a one on one Because he was having thoughts on harming himself. Inmate Informed P.S.S Briana woordard that he has Been trying to speak to Psych for A while. P.S.S woodard told Inmate Johnson that she could not Pull him out Because she dues not have Another P.S.S There P.S.S Stickney Isnt here today im here By myself And its hard to Maintein All these Inmates By myself you See I Never walk Around the whole Pod.

(67) Inmate Johnson told P.S.S Briana woodard that he has Been Feeling lonely hopeless, Depressed and unwanted. that everyone has given up on him in Life.

So the Best option seems for him to kill himself. Inmate Johnson informed her that he had swallowed A Razor blade & staples in front of P.S.S Landiak and P.S.S Landiak left the unit without helping Inmate Johnson.

68) Inmate Johnson informed P.S.S woodard that he was having pain in his Lower Stomache and there is Blood in His Bowel Movements. Inmate Johnson Also Informed P.S.S Brianna woodard that April is the Month that his Brother Died on April 12th of 2021. Brianna woodard told Inmate Johnson you have to Learn to Deal with it dont come to Jail if you dont wand to Be neglected.

69). At 842 Am on 4-2-2023 Co3 LT Stephens Came to Inmate Johnson cell Door And Inmate Johnson Requested to Speak to Another P.S.S or A CPS worker Inmate Johnson Also requested Medical Attention LT Stephens Failed to get Inmate Johnson Medical And Refused to get A P.S.S or CPS worker to Speak with Mr Johnson.

70) At 1140 Am Inmate Johnson informed Co1 Stone that he was having Suicidal Ideations and was having Sever Pain and there was Blood in his Bowel movements from when he Swallowed the Razor and Staples. And he is Requesting Medical Attention/Assistance. Co1 Stone failed to get inmate Johnson Help From Medica or the Rysch Departments

71) At 430 pm on 4-2-2024 Inmate Johnson was escorted to Medical EAST TRIAGE By Co1 Bennet, Co1 Ruland, And LT Putoski.

(72) At 4:40 Pm Inmate Johnson was giving Lacutative and Maalox by Nurse Ann Lewis And Nurse Sussane. Nurse Ann Lewis told Inmate Johnson to stop swallowing things and we wont be going thru this You cant Swallow A Razor and not expect Pain It is Tearing thru your Intestense.

(73) LT Polosk? then Asked Inmate Johnson if he was suicidal Inmate Johnson stated no But am very Depressed and hopless if I swallowed A Razor that's suicidal Idealtions. Inmate Johnson was then Escorted back to his cell In the Rhu on Alphar Block A/D 2013 with Being Placed Under any observations.

(74) on 4-3-2024 Inmate Johnson Informed Co1 Hill at 3:45 pm Infront of A/D2012 Cell that he was going to swallow Packs of thPile antiBiotic ointment In hopes of commiting suicide. Co1 Hill stated Hey man do whatd You gotta Do I dont care wether you Live or Die Im Still going recieve my Pay check It wont Be the first time I had A inmate DIE.

(75) At 4:11pm Inmate Johnson Informed Co1 Hill Ageing that he is going to harm himself Inmate Johnson then showed Co1 Hill a handCuff of P,11s Co1 Hill stated to Inmate Johnson that must be Less Painful the Best way would Be to hang your self from the vent If You Afe Serious Co1 Hill then walked off Again.

(76) At 8:08 Pm During Medicathon Inmate Johnson swalloard A Handful of P,11s

Infront of nurse Toia Polston and co1 Cwadsun.

(77) At 843 Pm Inmate Johnson Still did not recieve any help nor medical treatment/Attention.

(78) At 847 Pm inmate Johnson notified Co1 Cerda Reyes that he swallowed a bunch of Pills Co1 Reyes stated you shouldnt have done it Sgt/Co2 terra & LT Putoski has been notified.

(79) At Approx 9° Pm Inmate Johnson was taken to East Triage and sent to Einstine Montgumery Hospital where he was treated As A over Dose Patient Inmate Johnson was given An IV and Blood work was taken He Informed the nurses that he tried to kill himself.

(80) On 4-1-2024 Inmate Johnson returned to the facility where he was placed back Inside of AID 2012 Cell without Being under any Type of observation medical or suicidal watch.

(81) On 4-4-24 At Approx 3°:30 Pm Inmate Johnson Again notified staff that he was having suicidal ideations and Sgt Rivera Encouraged inmate Johnson to kill himself Inmate Johnson swallowed A handful Pills Infront of Co2 Rivera and Co2 Rivera failed to get Inmate Johnson help.

(82) On 4-4-2024 At Approx 800-815 Pm Co1 Bruce Came to Inmate Johnson Cell AID 202 to take inmate Johnson to medical 5 Hours After he swallowed

The Pills Infront of Sgt Rivera In An suicide Attempt. Col Bruce told Inmate Johnson get his meds And take that Pill Also when Inmate Johnson was taken to medical Col Bruce stated I Aint See You Doit. Inmate Johnson was Placed Inside Poc Cell 26 under medical observation where he was in pain vomitting and crying out for help Inmate Johnson was not giving any medical Attention He was told to sleep it off.

(83) The next Morning on 4-5-2024 Doctor Letizio came to Poc cell 26 and told Inmate Johnson I dunt care what You Swallow You Are never going to the Hospital Again unless You Are unresponsive for 30 minutes.

(84) Inmate Johnson Is suffering from Pain & Suffering, Stomache & Adomnal Pain. External Bleeding and Emotional Distress.

(85) On 4-8-2024 P.S.S Stickney Came to Inmate Johnson cell Door A1b1006 And stated I want to talk to you you Are on the list to see PRT but they dont Trust You to come out of Your cell Therony you can come out of Your cell Is If you Die or wait A week. P.S.S Stickney Stated this infront of Doctor Akilah Lamar who Refsed to Interview Inmate Johnson is In A camera cell because he Attempted suicide 3 times within 6 Days By swallowing A Razor, Staples and Pills. P.S.S Stickney then Asked Inmate Johnson if he wants to Move out of the camera cell while he Is suffering from A mental Illness. The Rhu staff and P.S.S Stickney and Doctor Lamar Dont trust Inmate Johnson to come out of his cell for PRT But they trust him enough to Move him out of a

camera cell After he committed suicide Attempts 3 times on the following dates 3-30-24 - 4-3-2024 - 4-4-2024 Inmate Johnson has Been deprived of his eighth Amendment constitutional Rights.

(86) Inmate Johnson has Been seeking help for his mental Illness but inmate is Being Neglected by the system and neglect of treatment Everytime Inmate Johnson Ask to Speak to A Psych Inmate is told your Not having Psych Issues you Are having behavioral Issues.

(87) May It Be Strongly Noted that Inmate Johnson was sexually Assaulted By A CO1 on 12-10-23 and on 3-22-24 Inmate Johnson was Also Assaulted And sexually Assaulted by officers cohen they Entered his cell After hand cuffing Inmate Johnson And Inmate Johnson was Also Beaten with A Baton on 3-26-2024 By A CO1 for Requesting To Speake to A Psych which triggered A Emotional Distress And caused Inmate Johnson to feel Strongly vulnerable and caused Pain and suffering and led to Inmate Johnson's suicide Ideations And Attempts.

(88) Inmate Johnson Is diagnosed with PTSD, ADHD, Depression and Axiety. Inmate Johnson has Been diagnosed with these mental Illness Since he was 9 years old And He has Been on medications until P.S.S Stickney removed Inmate Johnson off of his medications During his Mental Illness while he was Seeking help.

(89) On This DATE 4-9-2024 Inmate Johnson was Summoned to the unit Managers office. unit Manager FEDDER, counselor Murphy And P.S.S Stickney were Present.

(90) At this time these individuals began to question Inmate Johnson About his suicide ideations and suicide Attempts. This Inmate began to explain Began to explain to these3 individuals that he was recently sexually Assaulted By EO's And this Last Act was so DIRE and egregious that it Drove Inmate Johnson to Attempt Suicide (3) Times within A 6 DAY Span.

(91) Inmate Johnson explained that he's constantly having Suicidal thoughts and he needed help Counselor Murphy responded That She doesn't believe that This Inmate Really wants to Kill himself and until hes dead then shell never Believe him.

(92) It should Be noted that Inmate Johnson Attempted Suicide on these Dates. Saturday March 30th 2024 wensday April 3rd 2024 thursday April 4th 2024.

(93) Further more In Accordance with 13.8-1 Section 2 Delivery of mental health Service states: Every Suicide Attempt Including gestures Shall be taken Serious! Note worthly enough 2 inmates Committed Suicide within 30 days while housed in This RHU At SCI Phoenix within the past month.

(94) So this Inmate was taken ABack By Counselor Murphy's Response However This Inmate under stands that Counselor Murphy is not A Psych and Inmate Johnson directed his Attention to P.SS Stickney and told her due to these recent suicide Attempts he Believes he has A Serious Mental Illness and would Like A Psychiactric Evaluation and Moulinarly Committ himself to the MHU.

95) And in Accordance with 13-8-1 Section 2F-5a, This Inmate has A Right to voluntary Commitment to the Mhu- unwilling to help this inmate Protect himself From himself, P-3-3 Stickney Agreed with Counselor Murphy. ~~These individuals~~

96) these Individuals At All times held A concurrent duty and reasonable Care to conduct A relevant Inquiry Into the Legitimacy and/or Appropriateness of this inmates Concerns.

97) Unit manager Fedder then Began to Explain to this inmate that this Is his show and he told inmate Johnson that he controls who goes to the Mhu.

98) Again this inmate became more confused because while he was trying to Seek help these individuals were Insensitive To this Inmates debilitating mental health State, and could care Less About this inmates Mental health or him Being sexually Assaulted.

99) Despite this inmates Best efforts at informing these individuals of his underlying mental health Symptoms, as resulting from staff's Actions They Ignored facially obvious Challenges or Risk's Posed to this inmates General or overall-health and safety, Thus Provoking and further causing him a debilitating mental health condition, these Actions can Amount to nothing More than Deliberate indifference, cruel and unusual Punishment retaliation. As well As failure to intervine.

100) Seeking A redress for his grievances Inmate Johnson Is Again requesting A Pyschiatric Evaluation and A voluntary Commithment to the Mhu In Accordance with 13-8-1. This Inmate would Like this request To Be on record To Protect this Inmate from further harm as this Inmate does not want to end up Like the last 2 Individuals that committed suicide without At Least Seeking alternitive resolution to try and Quell these Constant Suicidal thoughts due to this sexual Assualt that recently Accurred Thus Aggrating and excerbating this Inmates mental health Conditions/symptoms. For the relief This Inmate is requesting To Be voluntarily committed to the Mhu, As well As A New treatment team Consisting of Individuals who Are competent and not indifferent. to this Inmates mental Health needs.

101) Inmate Johnson has wrote to request to Staff to super intendent Joseph Terra who fails to respond to the request and who Also fails to intervire. Joseph Terra is even Aware of Everything that has occurred. May It Also be noted that Cu2 ~~terra~~ Justin terra Is super Intendant Joseph terra's nephew and he Allows him to have free reign of the Rhu and to torment Inmate Johnson. Cu2 terra told Inmate Johnson tu stop filing grievances If You want to Live.

## V. Legal Claims.

102) (1) violation of the 8th Amendment to this us constitution (2) Cruel and unusual Punishment (3) Harassment (4) ~~Intentiona~~ Intentional Infliction of Emotional Distress (IIED) (5) Retaliation (6) Denying Access to the courts (7) violation of Due Process (8) failure to Intervine (9) failure to Protect (10) failure to supervise (11) Deliberate indifference ~~Negligence~~

(12) Physical Injury (13) Intentional Infliction of Pain and Suffering
(14) Violation of 1st Amendment.

(103) Defendant P.33 Landiak used deliberate indifference negligence Against Plaintiff Johnson By Denying Plaintiff Psychiatric help when Inmate Johnson Expressed his suicidal Ideations and Swallowed A Razor and Staples Infront of him and Deffendant Failed to help Inmate. Defendant Landiak Actions violated Plaintiff Johnsons Rights under the 8th Amendment to the united States Constitution and caused plaintiff Pain & Suffering, Physical Injury, and Emotional Distress.

(104) Defendants (Bangert, Rivera, Cross, Stephens, Stone, Hill, Watson, Cerda Reyes Bruce, Justin terra) caused Deliberate Indifference and cruel and unusual Punishment Against Inmate Johnson By Denying him medical Attention and Encouraging Johnson to committ Suicide when Inmate Johnson Is not Violating any Prison Rule Nor Acting disruptively In any way Deffendants Correctional officers Actions violates and continue to violate Inmate Johnson Rights under the 8th Amendment to the united States Constitution and causing Inmate Johnson Pain & Suffering, Intentional Infliction of Emotional Distress (IIED), Physical Injury.

(105) Defendants Justin terra, CO3 stephens CO2 Bangert, By threatening Inmate Johnson with Physical violence for exercise of his Right to Seek Redress from the Prison through use of the Prison grievance sysytem Defendants Are Retaliating Against Plaintiff Johnson unLawfully In violation of Plaintiff Johnsons Rights under the first Amendment to the united States Constitution

These Illegal Actions Are causing Plaintiff Johnson Injury to his first
Amendment 3 14th Amendment Rights.

(106) By witnessing Defendants Illegal Actions, Failing to Protect, Failing to intervine
failing to correct that Misconduct and encouraging the continuation of the
MSS Conduct, Defendant Joseph Terra is Also Violating Plaintiff Johnsons Rights
under the eighth Amendment to the united States Constitution and Causing
Plaintiff Johnson Pain 3 suffering, Physical Injury and emotional Distress.

(107) Defendant Briana coodaded Neglected and continues to Neglect Inmate Johnson with
proper Psychiatric Help She Encouraged inmate to harm himself Violating Plaintiff
Johnson Rights under the 8th Amendment to the united States Constitutional
Rights and is causing Plaintiff cruel and unusual Punishment, Pain 3
Suffering, physical Injury and Emotional Distress. Negligent Indifference
Deliberate indifference.

(108) Defendant Aliyya holloway, Josephine Velgas, Rubiyya
Grees, Anthony Letizio, Vivian Crossman, Ann Lewis Christine Stickney, Akilah
Lamar. Denied Plaintiff Johnson Medical care Violating Petitioners Rights
under the 8th Amendment to this US Constitution causing inmate
Johnson Pain 3 suffering emotional Distress, physical Injury, Deliberate
Indifference.

(109) By Witnessing Counselor Murphy and P.S.S Stickneys Illegal Actions
3 failing to protect failing to intervine, Failing to correct the Misconduct and encourging
the continuation of the Misconduct Defendant Patrick Fedder is Also Violating
Plaintiffs Rights under the 8th Amendment to the united states Constitutional and
Causing Plaintiff Pain 3 suffering, Physical Injury Intentional Infliction of Emotional
Distress (IIED) Deliberate Indifference.

(110) Plaintiff Johnson has no Adequate, or complete remedy at Law to redress the wrongs described Herien, Plaintiff Johnson has been and will be irreparably Injuried By the Conduct of the Defendants unless this court grants the declaratory and Injuctive relief which Plaintiff Seeks.

VI Prayer For Relief

Wherefore Plaintiff Joshua Johnson Respectfully Pray that this Court enters Judgement.

/111) Granting Plaintiff Johnson a declaration that the Acts and omissions described herien viviates his 1st 8th, 14th Admnent Rights under the Constution and Laws of the unitd States. and

112)(112) A preliminary and permanent Injuction ordering deffendants to cease these verbal ABuse and Physicul ABuse vivlence and threats towards Plehn Pff.

(113) Granting Plaintiff compensatory Damuges In the AMount of $50,000 u.s Dollars Against EACh Defendant Jointly and scourtly Severaly

(114) Plaintiff Johnson Seeks nominal Damages and Punitive DAmuges In the Amount of $50,000 Against EACh Defendant Jointly and Severaly.

(115) Plaintiff Also seeks A Jury trial on All Issues triable by Jury.

(16) Plaintiff Also seeks Recovery of cost In this Suit and.

(117) Plaintiff Also seeks A Institutional transfer to sci Benner or sci Chester.

(118) any Additional relief this court deems Just, Proper and equitable.

DAted April  2025

Respectfully Submitted

Joshua Johnson
Mu3922

Sci Forest
286 woodland Drive
Po Box 307
Marienville Pa 16239-0307

I have Read the fore going complaint and Hereby verify the Matters Alleged therein Are true except as to Matters Alleged on information And belief, and as to those I Believe them to Be true I certify Under Penalty of Purjury that the foregoing IS true and correct

Exucuted At Sci Forest on April 11th 2025

Joshua Johnson.

Smart Communications/ Pa Doc
Joshua Johnson
Mu 3922
SCi Forest
Po Box 33028
St Peters Burgh FL 33733

INMATE
MAIL

neopost
04/16/2025
US POSTAGE $002.04

FIRST-CLASS MAIL
IMI

ZIP 16239
041L12205275

U.S.M.S.
X-RAY.

RECEIVED
APR 22 2025

OFFICE of the CLERK
United States DISTRICT Court
~~State~~ EASTERN DISTRICT of Pennsylvania
601 Market Street Room 2609
Philadelphia Pa 19106-1797